HYMES, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division,

First Department. December 24, 1909.) Action by Owen Hymes against Frederick W. Whitridge, as receiver. B. H. Ames, for appellant. E. J. McGrossin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.